# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 377 MAL 2014
:
       Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
    v. :
:
:
:
GERMAINE COLES, :
:
       Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.